```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )              4:05CR3082
       v.                      )
                               )
LUIS F. NUNEZ and              )
ERIKA M. PENA,                 )                 ORDER
                               )
              Defendants.      )
```

Defendant Nunez's oral motion to continue suppression hearing was granted in open court on September 19, 2005, but a new date for the hearing was not set.

IT THEREFORE HEREBY IS ORDERED,

The hearing on defendant Nunez's motion to suppress, filing 20, will be combined with the hearing of co-defendant Pena's motion to suppress, filing 24, on October 26, 2005 at 2:00 p.m. The hearing is scheduled for a duration of two and one-half hours.

DATED this 27th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge