```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3082 |
| v. | ) | |
| | ) | |
| LUIS F. NUNEZ and | ) | |
| ERIKA M. PENA, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to continue hearing, filing 36, is granted. The suppression hearing is continued to November 23, 2005 at 3:30 p.m.

DATED this 25th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge