```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3082-1 |
| v. ) | |
| ) | |
| LUIS F. NUNEZ, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

This matter was scheduled for hearing this date on the defendant's motion to suppress, filing 20. At the time of the hearing counsel for defendant Nunez appeared but the defendant did not appear. The government requested an order directing him to appear and that request was granted by the court.

IT THEREFORE HEREBY IS ORDERED,

A status conference with counsel and the defendant will be held December 28, 2005 at 9:00 a.m. before the undersigned. The defendant shall be present.

DATED this 23rd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge