IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:05CR3082 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| v. | ) | |
| | ) | |
| LUIS F. NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

There being no objection by the plaintiff,

IT IS ORDERED that:

(1)   Luis Nunez' motion filed on December 4, 2006, to release compliance bond, is granted.

(2)   The Clerk of Court shall refund the $5,000 cash bond and send same to Myra Meza, 1620 E. McMillan St., Compton, CA 90221.

(3)   The Clerk of Court shall mail a copy of this order to Luis Nunez.

DATED this 15th day of December, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge